JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARLEY DREW HARDMAN, | Case No. 2:22-07787-ADS |
| Petitioner, | |
| v. | JUDGMENT |
| BRYON BIRKHOLZ, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition Without Prejudice, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated: 10/30/2023

                                         /s/ Autumn D. Spaeth
                                 THE HONORABLE AUTUMN D. SPAETH
                                 United States Magistrate Judge